ELISHA JOHNSON VS. CHARLES DYRE, 1743/4

Feb^y 1st 1743 Filed and Allowed Court to be held on Saturday the 4th Ins^t ten A Clock A: M

And the respond^t comes into Court, and for Plea saith, that there never was any such agreement made between the Appell^t and respondent, as is alledged in the Appell^ts Libel, neither did the the (*sic*) s^d David Powers perform his Duty as a Mariner, on board s^d Vessel, to the Time of her being Lost, and was no ways instrumental in s^d saving s^d Vessel and Cargoe, but did really desert and Leave s^d Vessel, a considerable Time, before her being Lost as afores^d and therefore by the Law Marine the s^d David Powers hath forfeited his Wages and of this the Respond^t prays Judgement etc.

J. Honyman Advo pro R^ts

Libel Johnson a Dyre

Elisha Johnson in Court on Oath declared that In or about the 26th July 1742 he Agreed with Cap<sup>t</sup> Charles Dyre for the monthly wages of four Pounds for his Serv<sup>t</sup> Named David Powers to Proceed to the West Indies and back again

### JOHNSON A DYRE

COLONY OF RHODE ISLAND ETC. CURIA ADMIRALITATIS At a Court of Vice Admiralty held at Newport in the Colony Afores<sup>d</sup> on Saturday the 4th february A D 1743/4 at ten a Clock A. M. Before the Hon<sup>ble</sup> Leonard Lockman Esq<sup>r</sup> Judge of s<sup>d</sup> Court, The Court being Open'd the Libel and citation read the Pleas on both sides being heard and Considered I Decree that Cap<sup>t</sup> Dyre pay the Wages of said Serv<sup>t</sup> from the time of the Agreement until the 1st of May the Supposed time of his Desertion at £4 per Month w<sup>ch</sup> was the sum agreed on as Appears by Cap<sup>t</sup> Johnsons Oath together with the Costs of this Court.

At which time, M<sup>r</sup> Honeyman Adv<sup>t</sup> for the Respond<sup>t</sup> pray'd an Appeal w<sup>ch</sup> was Granted, he Complying w<sup>th</sup> the Law in that Case, which is to give bond for prosecution within ten days from the date hereof